**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
ALLA ALI BIN ALI AHMED,        :
et al.,                        :
                               :
     Petitioners,              :
                               :
     v.                        :    Civil Action No. 05-1678 (GK)
                               :
BARACK H. OBAMA, et al.,        :
                               :
     Respondents.              :
_____:
```

**ORDER**

For the reasons set forth in this Court's Classified Memorandum Opinion of May 4, 2009,[1] it is hereby

**ORDERED**, that Petitioner Alla Ali Bin Ali Ahmed's petition for a writ of habeas corpus is **granted**; and it is further

**ORDERED**, that the Government take all necessary and appropriate diplomatic steps to facilitate Petitioner's release forthwith, and to report back to the Court no later than **June 15, 2009,** as to the status of Petitioner's release.

|                        |                  /s/                  |
|------------------------|---------------------------------------|
| May 5, 2009            | Gladys Kessler                        |
|                        | United States District Judge          |

Copies to:  Attorneys of Record via ECF

_____

[1]  The Classified Opinion is currently undergoing classification review. As soon as it is completed, the Unclassified Opinion will be made public.